**No. 61782.**—SUIT 4946.—Manca, Inc., et al. *v.* United States.—

509

(Appeal dismissed February 6, 1958.)